AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Center for Biological Diversity, et al., </br>*Plaintiff* </br> v. </br> David Bernhardt, et al. </br> *Defendant* | ) </br> ) </br> ) Case No.  1:20-cv-00036-EGS </br> ) </br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Center for Biological Diversity, Sea Turtle Oversight Protection, & Turtle Island Restoration Network .

Date:  01/15/2020

/s/ Jaclyn M. Lopez
*Attorney's signature*

Jaclyn M. Lopez (D.C. Bar No. FL0017)
*Printed name and bar number*

Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
*Address*

jlopez@biologicaldiversity.org
*E-mail address*

(727) 490-9190
*Telephone number*

(520) 623-9797
*FAX number*