**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,
et al.,

              *Plaintiffs*,

    v.

DAVID BERNHARDT, in his official capacity
as Secretary of the United States Department of the
Interior, et al.,

              *Defendants*.

Civil Action No: 1:20-cv-00036-EGS

**AFFIDAVIT OF SERVICE**

I respectfully certify that service for the above-captioned case took place as described

below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 2 | Corporate Disclosure Statement |
| ECF 3 | Issued Summons |
| ECF 3-1 | Notice of Right to Consent to a Magistrate Judge |
| ECF 5 | Standing Order Governing Civil Cases Before Judge Sullivan |
| ECF 5-1 | Attachment to Judge Sullivan's Standing Order |

I sent the complaint, summonses, and other initiating documents (ECF Nos. 1 to 3-1) by

certified mail on January 13, 2020, and the Standing Order and Attachment (ECF Nos. 5 and 5-

1) by certified mail, return receipt requested, on January 21, 2020, to the following parties:

David Bernhardt, Secretary
U.S. Department of Interior
1849 C Street, NW
Washington, DC 20240

Margaret Everson, Principal Deputy Dir.
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

U.S. Fish and Wildlife Service          National Marine Fisheries Service
1849 C Street NW                        1315 East-West Highway
Washington, DC 20240                    Silver Spring, MD 20910

Wilbur Ross, Secretary                  Civil Process Clerk
U.S. Department of Commerce             U.S. Attorney's Office
1401 Constitution Ave., NW              555 4th Street NW
Washington, DC 20230                    Washington, DC 20530

Chris Oliver, Assistant Administrator   Attorney General
Nat'l Oceanic Atmospheric Admin.        U.S. Department of Justice
1315 East-West Highway                  950 Pennsylvania Ave., NW
Silver Spring, MD 20910                 Washington, DC 20530-0001

Secretary Bernhardt, Principal Deputy Director Everson, the U.S. Fish and Wildlife

Service, Secretary Ross, the National Marine Fisheries Service, the U.S. Attorney's Office, and

the Attorney General received the complaint, summons, and other initiating documents (ECF

Nos. 1 to 3-1) on January 21, 2020.  Receipts and delivery confirmation for the initiating

documents are attached as Exhibit A.

Secretary Bernhardt, Principal Deputy Director Everson, the U.S. Fish and Wildlife

Service, and Secretary Ross received the Standing Order and Attachment (ECF Nos. 5 and 5-1)

on January 27, 2020.  The U.S. Attorney's Office and the Attorney General received them on

January 28, 2020.  Receipts and delivery confirmation for the Standing Order and Attachment

are attached as Exhibit B.

The certified mail package with the complaint, summons, and other initiating documents

was never delivered to Assistant Administrator Oliver at his office in Silver Spring, Maryland,

and the U.S. Postal Service has been unable to locate the package.  Exhibit C.  Similarly, the

packages with the Standing Order and Attachment were never delivered to either Assistant

Administrator Oliver or the National Marine Fisheries Service at their office in Silver Spring,

Maryland, and the U.S. Postal Service has been unable to locate the packages. Exhibit C.

Therefore, I retained a private process server to effectuate service of (1) the initiating documents and Standing Order with Attachment on Assistant Administrator Oliver, and (2) the Standing Order and its Attachment on the National Marine Fisheries Service, which were both accomplished on February 28, 2020.  Affidavits from Henry J. Valladares Cruz of Capitol Process Services that detail and confirm this service are attached as Exhibit D.

DATED:  March 9, 2020                         */s/ Cynthia Elkins*
                                                            Cynthia Elkins, Paralegal
                                                            Center for Biological Diversity
                                                            P.O. Box 220
                                                            Whitethorn, CA 95589

# Exhibit A

















# USPS Tracking®

**FAQs** >

## Track Another Package  +

**Tracking Number:** 70181830000102037049

Remove ✕

Your item was delivered to an individual at the address at 1:02 pm on January 21, 2020 in WASHINGTON, DC 20240.

### ✓ Delivered

January 21, 2020 at 1:02 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

**FAQs** >

## Track Another Package  +

**Tracking Number:** 70181830000102037025

Remove ✕

Your item was delivered to an individual at the address at 1:02 pm on January 21, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

January 21, 2020 at 1:02 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Feedback

| Tracking History | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

**FAQs** >

## Track Another Package +

**Tracking Number:** 70181830000102030606

Remove ✕

Your item was delivered to an individual at the address at 1:02 pm on January 21, 2020 in WASHINGTON, DC 20240.

✓ **Delivered**

January 21, 2020 at 1:02 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

**FAQs** >

## Track Another Package ✛

**Tracking Number:** 70181830000102037056

Remove ✕

Your item was delivered to an individual at the address at 11:50 am on January 21, 2020 in WASHINGTON, DC 20230.

## ⊘ Delivered

January 21, 2020 at 11:50 am
Delivered, Left with Individual
WASHINGTON, DC 20230

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

**FAQs** >

## Track Another Package +

**Tracking Number:** 70181830000102037032

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:12 am on January 21, 2020 in SILVER SPRING, MD 20910.

## ✓ Delivered

January 21, 2020 at 8:12 am
Delivered, Front Desk/Reception/Mail Room
SILVER SPRING, MD 20910

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

**FAQs** ›

## Track Another Package  +

**Tracking Number:** 70181830000102037094

Remove ✕

Your item was delivered at 4:28 am on January 21, 2020 in WASHINGTON, DC 20530.

✓ **Delivered**

January 21, 2020 at 4:28 am
Delivered
WASHINGTON, DC 20530

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

**FAQs** ›

## Track Another Package  ✛

**Tracking Number:** 70181830000102037100

Remove ✕

Your item was delivered at 4:28 am on January 21, 2020 in WASHINGTON, DC 20530.

✓ **Delivered**

January 21, 2020 at 4:28 am
Delivered
WASHINGTON, DC 20530

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# Exhibit B



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20240

| Certified Mail Fee | $3.50 | 0710 |
| | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $1.60
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $1.45
Total Postage and Fees    $6.55          01/21/2020

Sent To   David Bernhardt, Dept of Interior
Street and Apt. No., or PO Box No.   1849 C St., NW
City, State, ZIP+4®   Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0001 0203 7155



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20240

| Certified Mail Fee | $3.50 | 0710 |
| | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $1.60
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $1.45
Total Postage and Fees    $6.55          01/21/2020

Sent To   Margaret Everson, US Fish & Wildlife
Street and Apt. No., or PO Box No.   1849 C St., NW
City, State, ZIP+4®   Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0001 0203 7223



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20240

| Certified Mail Fee | $3.50 | 0710 |
| | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $1.60
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $1.45
Total Postage and Fees    $6.55          01/21/2020

Sent To   US Fish & Wildlife Service
Street and Apt. No., or PO Box No.   1849 C St., NW
City, State, ZIP+4®   Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0001 0203 7216



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20230

| Certified Mail Fee | $3.50 | 0710 |
| | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $1.60
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $1.45
Total Postage and Fees    $6.55          01/21/2020

Sent To   Wilbur Ross, Dept. of Commerce
Street and Apt. No., or PO Box No.   1401 Constitution Ave, NW
City, State, ZIP+4®   Washington, DC 20230

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0001 0203 7162



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SILVER SPRING, MD 20910   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0710 02 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $1.60 | Postmark |
| ☐ Certified Mail Restricted Delivery $0.00 | Here |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | |
| Postage $1.45 | |
| Total Postage and Fees $6.55 | 01/21/2020 |

Sent To Chris Oliver, NOAA
Street and Apt. No., or PO Box No. 1315 East-West Hwy
City, State, ZIP+4® Silver Spring, MD 20910

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1830 0001 0203 7179



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SILVER SPRING, MD 20910   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0710 02 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $1.60 | Postmark |
| ☐ Certified Mail Restricted Delivery $0.00 | Here |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | |
| Postage $1.45 | |
| Total Postage and Fees $6.55 | 01/21/2020 |

Sent To Nat'l Marine Fisheries Service
Street and Apt. No., or PO Box No. 1315 East-West Hwy
City, State, ZIP+4® Silver Spring, MD 20910

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1830 0001 0203 7230



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0710 02 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☑ Return Receipt (electronic) $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $0.00 | Here |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | |
| Postage $1.45 | |
| Total Postage and Fees $6.55 | 01/21/2020 |

Sent To Civil Process Clerk, US Att'ny's Office
Street and Apt. No., or PO Box No. 555 4th St., NW
City, State, ZIP+4® Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1830 0001 0203 7186



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0710 02 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☑ Return Receipt (electronic) $1.60 | Postmark |
| ☐ Certified Mail Restricted Delivery $0.00 | Here |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | |
| Postage $1.30 | |
| Total Postage and Fees $6.40 | 01/21/2020 |

Sent To Attorney General, Dept. of Justice
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1830 0001 0203 7209



January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 1830 0001 0203 7155**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, To Agent |
| **Status Date / Time:** | January 27, 2020, 12:01 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 4.0oz |

| Recipient Signature | |
| --- | --- |

| | |
| --- | --- |
| Signature of Recipient: | *Jeffry Y... J Juanas* |
| Address of Recipient: | *Interior* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 1830 0001 0203 7223**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, To Agent |
| **Status Date / Time:** | January 27, 2020, 12:01 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 4.0oz |

**Recipient Signature**

| Signature of Recipient: | *Jeffry Y... J Juanus* |
| --- | --- |
| Address of Recipient: | *Interior* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 1830 0001 0203 7216**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, To Agent |
| **Status Date / Time:** | January 27, 2020, 12:01 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 4.0oz |

| Recipient Signature |
| --- |

Signature of Recipient: *Jeffrey Y... J Juanys*

Address of Recipient: *Interior*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 1830 0001 0203 7162**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 27, 2020, 11:53 am |
| **Location:** | WASHINGTON, DC 20230 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Recipient Signature |
|---|

Signature of Recipient:    *T. Jones*

Address of Recipient:    *20230*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 1830 0001 0203 7186**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | January 28, 2020, 5:46 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 4.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

 **UNITED STATES**
**POSTAL SERVICE**

January 29, 2020

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 1830 0001 0203 7209**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | January 28, 2020, 5:46 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 3.0oz |

| Recipient Signature | |
| --- | --- |

| | |
| --- | --- |
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit C







**USPS - Search Request Update**

auto-reply@usps.gov <auto-reply@usps.gov>

Thu 3/5/2020 10:13 PM

**To:** Cynthia Elkins <CElkins@biologicaldiversity.org>

                                    Search ID #8149321

**Dear Cynthia Elkins,**

**Thank you for using USPS.com.**

The US Postal Service® received the search request you submitted and it's being processed. Your package has not yet been recovered, but every effort is being made to locate your item(s).

**Search Request Details:**
Request Date: 02/05/2020
Reference: Search ID #8149321
Tracking Number: 70181830000102037070

We apologize for any inconvenience and thank you for your patience.

Thank you for using the U.S. Postal Service®.

Download USPS Mobile®



[USPS.com](#)   |   [Privacy Policy](#)   |   [Customer Service](#)   |   [FAQs](#)

      

This is an automated email please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

**USPS - Search Request Update**

auto-reply@usps.gov <auto-reply@usps.gov>
Thu 3/5/2020 10:14 PM

**To:** Cynthia Elkins <CElkins@biologicaldiversity.org>

                    Search ID #8149208

**Dear Cynthia Elkins,**

**Thank you for using USPS.com.**

The US Postal Service® received the search request you submitted and it's being processed. Your package has not yet been recovered, but every effort is being made to locate your item(s).

**Search Request Details:**
Request Date: 02/05/2020
Reference: Search ID #8149208
Tracking Number: 70181830000102037230

We apologize for any inconvenience and thank you for your patience.

Thank you for using the U.S. Postal Service®.

Download USPS Mobile®



USPS.com   |   Privacy Policy   |   Customer Service   |   FAQs

      

This is an automated email please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

# USPS Tracking®

**FAQs ›**

## Track Another Package  **+**

**Tracking Number:** 70181830000102037179

Remove **✕**

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

January 31, 2020
In Transit to Next Facility

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                                              ⌄

---

**Return Receipt Electronic**                                                      ⌄

---

**Tracking History**                                                                    ⌃

January 31, 2020
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

---

January 27, 2020, 5:49 pm
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**January 26, 2020, 11:30 am**
Arrived at USPS Regional Destination Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**January 23, 2020, 10:33 pm**
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**January 22, 2020, 6:34 am**
Departed USPS Regional Facility
EUREKA CA DISTRIBUTION CENTER

**January 21, 2020, 10:17 pm**
Arrived at USPS Regional Origin Facility
EUREKA CA DISTRIBUTION CENTER

**January 21, 2020, 3:55 pm**
Departed Post Office
WHITETHORN, CA 95589

**January 21, 2020, 2:12 pm**
USPS in possession of item
WHITETHORN, CA 95589

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# Exhibit D

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Center for Biological Diversity, et al.**

**Plaintiff**

*vs.*   **Case No.: 1:20-cv-00036-EGS**

**David Bernhardt, Secretary of the U.S. Department of Interior, et al.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Henry J. Valladares Cruz, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint for Declaratory and Injunctive Relief; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCVR 26.1; Civil Cover Sheet; and Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan with Attachment in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/28/2020 at 1:40 PM, I served Chris Oliver, Assistant Administrator for Fisheries at 1315 East-West Highway, Silver Spring, Maryland 20910 with the Summons; Complaint for Declaratory and Injunctive Relief; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCVR 26.1; Civil Cover Sheet; and Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan with Attachment by serving Merie Canasa, Administrative Assistant, authorized to accept service.

Merie Canasa is described herein as:

Gender: Female    Race/Skin: Asian    Age: 50    Weight: 130    Height: 4'11"    Hair: Black    Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/2/2020
Executed On

Henry J. Valladares Cruz

Client Ref Number:N/A
Job #: 1575418

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Center for Biological Diversity, Sea Turtle Oversight Protection, and Turtle Island Restoration Network, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No. 1:20-cv-00036-EGS |
| v. | ) ) | |
| David Bernhardt, Margaret Everson, U.S. Fish and Wildlife Service, Wilbur Ross, Chris Oliver, and National Marine Fisheries Service, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Chris Oliver, Assistant Administrator for Fisheries
> National Oceanic Atmospheric Administration
> 1315 East-West Highway
> Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Catherine Kilduff
> Center for Biological Diversity
> 801 Boush St., Suite 200
> Norfolk, VA 23510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/09/2020



/s/ Mariela Cruz

*Signature of Clerk or Deputy Clerk*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Center for Biological Diversity, et al.**

**Plaintiff**

*vs.*                    **Case No.: 1:20-cv-00036-EGS**

**David Bernhardt, Secretary of the U.S. Department of Interior, et al.**

**Defendant**

---

### AFFIDAVIT OF SERVICE

I, Henry J. Valladares Cruz, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/28/2020 at 1:40 PM, I served National Marine Fisheries Service at 1315 East-West Highway, Silver Spring, Maryland 20910 with the Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan by serving Merie Canasa, Administrative Assistant, authorized to accept service.

Merie Canasa is described herein as:

Gender: Female    Race/Skin: Asian    Age: 50    Weight: 130    Height: 4'11"    Hair: Black    Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/2/2020
_____
Executed On



_____
Henry J. Valladares Cruz

Client Ref Number: N/A
Job #: 1575419

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050