UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs <br><br> v. <br><br> DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior, et al., <br><br> Defendants. | Case No.: 1:20-cv-00036 (EGS) |

**JOINT STIPULATION TO EXTEND THE STAY IN PROCEEDINGS**

Pursuant to Local Rule 16.6, Plaintiffs Center for Biological Diversity et al. and Defendants David Bernhardt et al. (collectively, "the parties") jointly request that the Court extend the stay in proceedings for this case until August 1, 2020. In support of the stay, the parties state:

1. On January 8, 2020, Plaintiffs filed their Complaint, alleging a violation of the Endangered Species Act, 16 U.S.C. §§ 1531-1544. ECF No. 1.

2. On April 20, 2020, Defendants filed an answer to Plaintiffs' Complaint. ECF No. 11.

3. On May 14, 2020, the parties filed a joint stipulation to stay the proceedings until June 12, 2020 so that the parties could engage in settlement discussions absent further litigation. ECF No. 12. The Court granted this request.

4. The parties report that they have reached an agreement in principle, subject to final approval, and are currently engaged in negotiating the details of this tentative agreement. Extending the stay until August 1, 2020 would allow the parties to continue these negotiations and to seek final approval from their respective clients of any agreement.

The parties respectfully request that the Court extend the stay in proceedings until August 1, 2020 in order to allow the parties to continue settlement discussions, and to avoid unnecessary expenditures of the parties' or the Court's resources. *Landis v. North American Co.*, 299 U.S. 248, 255 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). A proposed order is attached.

Dated: June 11, 2020

                                      Respectfully Submitted,

                                      JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Sarah J. Sheffield*
Sarah J. Sheffield,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0211
Fax: (202) 305-0275
E-mail: sarah.sheffield@usdoj.gov

*/s/ Catherine Kilduff*
Catherine Kilduff, DC Bar # 1026160
CENTER FOR BIOLOGICAL DIVERSITY
801 Boush St., Ste. 200
Norfolk, VA 23510
Tel: (202) 780-8862
ckilduff@biologicaldiversity.org

2

*/s/ Jaclyn M. Lopez*
Jaclyn M. Lopez (D.C. Bar No. FL0017)
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
Fax: (520) 623-9797
jlopez@biologicaldiversity.org
